## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| RUBY CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-0193 |
| ) | Judge Trauger |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The defendant's Motion For Entry Of Judgment Under Sentence Four, 42 U.S.C. §405(g) (Docket No. 14) is **GRANTED**. Judgment is hereby **ENTERED** reversing the decision of the Administrative Law Judge and this case is **REMANDED** to the Commissioner for further action.

It is so **ORDERED.**

Enter this 14th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge